✎AO ___    Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
__NORTHERN__ District of __NEW YORK__

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) AND APPOINTMENT OF COUNSEL** |
| vs. | |
| KARO BROWN | Case Number: __5:03-CR-0243-004__ |
| | USM Number: __15330-014__ |
| Date of Previous Judgment: __February 16, 2005__ | __Simon Moody, Esq.__ |
| (Use Date of Last Amended Judgment if Applicable) | Defendant's Attorney |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion (Dkt. No. 824) is:
    ☒ DENIED.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | |
|---|---|
| Previous Offense Level: __42__ | Amended Offense Level: |
| Criminal History Category: __V__ | Criminal History Category: |
| Previous Guideline Range: __360 to Life__ | Amended Guideline Range: |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (**explain**):_____
_____
_____
_____

**III. ADDITIONAL COMMENTS**

The defendant's guideline range will not change from 360 to Life as it was based on the greater of the murder guidelines and the crack guidelines.

**IT IS SO ORDERED**.

__December 22, 2008__
Order Date

*[signature: Norman A. Mordue]*
Norman A. Mordue
Chief United States District Court Judge

_____
Effective Date (if different from order date)