

U.S. DISTRICT COURT - N.D. OF N.Y.

FILED

FEB - 8 2023

AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA,**

                **Plaintiff,**

    **v.**

Case No. 5:03-cr-00243-FJS

**KARO BROWN,**

              **Defendant.**

_____/

### NOTICE OF APPEAL

Notice is hereby given that the Defendant Karo Brown, by and through Pro Se, in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the district court's Order of January 31st, 2023, denying his motion to reduce sentence under the First Step Act of 2018.

Date: February 3rd, 2023.

Respectfully Submitted,

Karo Brown
Reg. No. 58105-066
FCI-ALLENWOOD
P.O. BOX 2000
WHITE DEER, PA 17887

BUFFALO NY 140

6 FEB 2023   PM 1  L



**Second Chance 4 R.E.A.L.**

Tommy Walker
*Certified Paralegal*
Ph: (716) 348-9861
2ndChance4r.e.a.l@gmail.com

P.O. Box 514  •  Buffalo, NY 14215-0514

Clerk of The Court
Northern District of New York
100 South Clinton Street
Syracuse, N.Y. 13261

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

FEB 08 2023

RECEIVED

13261-610099